**STATEMENT OF FACTS**

On or about May 12, 2025, members of the Metropolitan Police Department's (MPD) were operating during a midnight tour in full-duty uniforms and utilizing a marked police cruiser in PSA 303 as 3031M when they responded to a radio run in reference to a man with a gun.

Officers arrived at the scene of 1747 Columbia Rd NW, Washington D.C., and were flagged down by CP-1. CP-1 told officers, with the help of Secret Service ▮▮▮▮▮ a Spanish speaker, that as CP-1 left his residence at ▮▮▮▮▮, Tyrone ROBINSON (herein referred to as ROBINSON) approached CP-1 from behind as he was getting on his moped. ROBINSON tugged at his waistband, to signal to CP-1 that he had a weapon, and said "give me your scooter." *See Figure 1.* CP-1 was able to defend himself and ROBINSON fled the scene. *See Figure 2, 3.*


*Figure 1: ROBINSON arguing with CP-1*


*Figure 2: CP-1 defending himself*



*Figure 3: ROBINSON fleeing*

CP-1 and CP-2 informed officers that they chased ROBINSON to confront him about his attempt to take CP-1's moped. Both CP-1 and CP-2 caught up with ROBINSON around 1814 Mill Rd NW, Washington D.C. At this time, ROBINSON took out a firearm from his waistband and pointed it at CP-1 and CP-2. CP-1 and CP-2 began to flee when they saw ROBINSON run eastbound towards 1700 block of Columbia Rd. CP-1 and CP-2 changed course and began to follow ROBINSON at which time they observed ROBINSON enter the Safeway at 1747 Columbia Rd. NW. *See Figure 4.* At this time, MPD officers arrived at the scene.



*Figure 4: ROBINSON entering Safeway*

As Officers were about to enter Safeway, CP-1 observed ROBINSON in the self-checkout line and positively identified ROBINSON as the individual that attempted to steal his moped and pointed a firearm at himself and CP-2. Based off a positive identification from CP-1, Officers detained Defendant-1 to investigate further. During the investigation, Officer ███ went to the back of the store to the manager's office to retrieve video footage. While observing video footage of ROBINSON in the back area (where the bathroom is located), SPO Huger that was working inside of Safeway, stated that he went into the bathroom in the back and observed a firearm inside of the bathroom trashcan. *See Figure 5, 6.*



*Figure 5: Firearm in bathroom trashcan*



*Figure 6: Firearm in bathroom trashcan*

Officers were provided video footage from the establishment that shows ROBINSON in the back area of the store by himself for a substantial amount of time that would allow a reasonable and prudent officer to believe that ROBINSON discarded the firearm inside the bathroom trashcan. *See Figure 7, 8.*


*Figure 7: ROBINSON entering the back room at 9:29:19PM*


*Figure 8: ROBINSON leaving the back room at 9:30:07PM*

Officers recovered from the trashcan a Taurus G2S 9mm with the serial number of ACL516551. The firearm had a magazine with a seven-round capacity with two rounds, none in the chamber. *See Figure 9, 10.*



*Figure 9: Taurus G2S 9mm with Magazine*



*Figure 10: Magazine and Ammunition*

Your affiant is aware no firearms or ammunition is manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

ROBINSON's identity was confirmed DOB: ▇▇▇▇, through a WALES/NCIC check. ROBINSON was found guilty of robbery and possession of a firearm in a crime of violence where he was sentenced to 6 months confinement and 36 Months Supervised Release and 60 months confinement and 36 Months Supervised Release (Consecutive). Accordingly, ROBINSON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment

exceeding one year at the time he possessed this firearm and ammunition. Officers determined that ROBINSON did not have a license to carry or own a gun in Washington, D.C.

Respectfully Submitted,



Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 15, 2025.

_____
Judge G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE