UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 25-MJ-0086 |
| TYRONE ROBINSON, also known as Darissa Dickey, | VIOLATIONS: 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendant. | 22 D.C. Code § 2803(b)(1) (Armed Carjacking) |
| | 22 D.C. Code § 4504(b) (Possession of a Firearm During Crime of Violence or Dangerous Offense) |
| | 22 D.C. Code § 402 (Assault with a Dangerous Weapon) |
| | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2007-CF3-025934, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus G2S 9mm firearm, and did unlawfully and knowingly receive and possess

ammunition, that is, 9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, while armed with and having readily available a firearm or imitation thereof, by force and violence, against resistance, by sudden and stealthy seizure, and by putting in fear, attempted to steal and take, a motor vehicle from the person and from the immediate actual possession of J.P.

**(Armed Carjacking**, in violation of Title 22, District of Columbia Code, Section 2803(b)(1) (2001 ed.))

## COUNT THREE

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon as set forth in the Second Count of this indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, assaulted, J.P. with a dangerous weapon, that is, a Taurus G2S 9mm firearm.

**(Assault with a Dangerous Weapon**, in Violation of Title 22, District of Columbia Code, Section 402 (2001ed.))

## COUNT FIVE

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon as set forth in the Fourth Count of this indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, assaulted, J.M. with a dangerous weapon, that is, a Taurus G2S 9mm firearm.

**(Assault with a Dangerous Weapon**, in Violation of Title 22, District of Columbia Code, Section 402 (2001ed.))

## COUNT SEVEN

On or about May 12, 2025, within the District of Columbia, **TYRONE ROBINSON**, also known as Darissa Dickey, did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon as set forth in the Sixth Count of this indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Tarus G2S 9mm caliber semi-automatic firearm and 9mm caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO  
United States Attorney

A TRUE BILL:

*/s/ Gauri Gopal*

_____  
GAURI GOPAL  
Assistant United States Attorney

FOREPERSON.

4