**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 25-CR-264 (APM)** |
| **v.** | : | |
| | : | |
| **TYRONE ROBINSON**, | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR AN EXTENSION**

The Government respectfully requests an extension of the deadline to file a reply in support of its Motion for Nunc Pro Tunc Extension of the Pretrial Deadline to File Expert Disclosure from May 6, 2026, to May 11, 2026.

In a minute order filed on April 26, 2026, the Court directed the Defendant to respond to the Government's motion by May 1, 2026, and the Government to file a reply brief by May 6, 2026.

On May 1, 2026, the Defendant filed a motion to extend the deadline to respond until May 5, 2026. The Court granted the extension by a minute order the same day. On May 5, 2026, the Defendant filed a fifteen-page response to the Government's motion.

The Government now requests an extension of the deadline to file a reply until May 11, 2026, to allow the Government to review and prepare an appropriate reply to the Defendant's response.

Counsel for the Defendant indicated that he does not object to the Government's requested extension.

Therefore, the Government respectfully requests that its deadline to file a reply be extended to May 11, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:     */s/ Brendan M. Horan*
        Brendan M. Horan
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        601 D Street NW
        Washington, DC 20579
        (202) 730-6871
        Brendan.Horan@usdoj.gov