CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

TYRONE ROBINSON

Civil/Criminal No.: 1:25-cr-00264-APM

**NOTE FROM JURY**

What constitutes an "attempt to take" a motor vehicle / excercise control over a vehicle?

Can ~~[illegible]~~ an attempt to take keys be enough to constitute a taking / depriving person of vehicle?

Can an attempt to take keys constitute as preparing to commit carjacking?

Date: 7/24/26

Time: 10:00AM

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

TYRONE ROBINSON

Civil/Criminal No.: 1:25-cr-00264-APM

## NOTE FROM JURY

Count FOUR / Assault w/ a dangerous

- what does "with" a dangerous weapon?

- Is having it on their person enough?

Date: 7/24/26

Time: 11:01 AM

FOREPERSON

CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

TYRONE ROBINSON

Civil/Criminal No.: 1:25-cr-00264-APM

## NOTE FROM JURY

we reached a verdict
on counts: 1, 4, 5, 6, 7

Date: 07/24/26

Time: 3:49PM

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

TYRONE ROBINSON

Civil/Criminal No.: 1:25-cr-00264-APM

**NOTE FROM JURY**

- We cannot Reach a Versict on count 2, we nare ~~[illegible]~~ exhausted all reasonblE efforts.

- How do we proceed from here/ What is the next Procedural Step

Date: 7/24/26

Time: 4:36pm

FOREPERSON