**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Criminal No. 25-cr-264 (APM)** |
| **TYRONE ROBINSON,** | ) | |
| **Defendant.** | ) | |

**VERDICT FORM**

**COUNT ONE**

With respect to Count One, Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, how do you find Defendant Tyrone Robinson?

______________ Not Guilty

X Guilty

**COUNT TWO**

With respect to Count Two, Armed Carjacking, how do you find Defendant Tyrone Robinson?

______________ Not Guilty

______________ Guilty

**If you find Defendant guilty of Armed Carjacking, proceed to Count Three. If you find the Defendant not guilty of Armed Carjacking, proceed to Count Three and enter a verdict of not guilty.**

**COUNT THREE**

With respect to Count Three, Possession of a Firearm During the Commission of a Crime of Violence or a Dangerous Crime (Armed Carjacking), how do you find Defendant Tyrone Robinson?

________________ Not Guilty

________________ Guilty

**COUNT FOUR**

With respect to Count Four, Assault with a Dangerous Weapon, how do you find Defendant Tyrone Robinson?

________________ Not Guilty

_______X________ Guilty

________________ Not Able to Reach Verdict

**If you found Defendant guilty of Assault with a Dangerous Weapon, proceed to Count Five.**

If you found Defendant not guilty of Assault with a Dangerous Weapon or, after making all reasonable efforts, you were not able to reach a verdict on Assault with a Dangerous Weapon, how do you find Defendant on the lesser-included offense of Assault?

________________ Not Guilty

________________ Guilty

**If you found Defendant not guilty of Assault with a Dangerous Weapon or were not able to reach a verdict, proceed to Count Five and enter a verdict of not guilty, even if you found Defendant guilty of Assault.**

**COUNT FIVE**

With respect to Count Five, Possession of a Firearm During the Commission of a Crime of Violence or a Dangerous Crime (Assault with a Dangerous Weapon), how do you find Defendant Tyrone Robinson?

________________ Not Guilty

X Guilty

**COUNT SIX**

With respect to Count Six, Assault with a Dangerous Weapon, how do you find Defendant Tyrone Robinson?

________________ Not Guilty

X Guilty

________________ Not Able to Reach Verdict

**If you found Defendant guilty of Assault with a Dangerous Weapon, proceed to Count Seven.**

If you found Defendant not guilty of Assault with a Dangerous Weapon or, after making all reasonable efforts, you were not able to reach a verdict on Assault with a Dangerous Weapon, how do you find Defendant on the lesser-included offense of Assault?

________________ Not Guilty

________________ Guilty

**If you found Defendant not guilty of Assault with a Dangerous Weapon or were not able to reach a verdict, proceed to Count Seven and enter a verdict of not guilty, even if you found Defendant guilty of Assault.**

**COUNT SEVEN**

With respect to Count Seven, Possession of a Firearm During the Commission of a Crime of Violence or a Dangerous Crime (Assault with a Dangerous Weapon), how do you find Defendant Tyrone Robinson?

| | |
|---|---|
| ________________ | X |
| Not Guilty | Guilty |

07/24/26

3:37pm