## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 25-cr-264-APM |
| TYRONE ROBINSON | * | |
| | * | |
| Defendant. | * | |

## MOTION TO EXTEND DEADLINE FOR FILING POST-TRIAL MOTIONS

Defendant Tyrone Robinson, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Extend Deadline for Filing Post-Trial Motions. In support of this Motion, counsel states as follows.

1.      On July 20, 2026, Mr. Robinson proceeded to a jury trial in this case. At the close of the Government's case, Mr. Robinson made an oral motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. The Court denied the motion as to all counts except for Counts Two and Three. As to Counts Two and Three, the Court reserved its decision. On July 24, 2026, the jury rendered guilty verdicts as to all counts except for Counts Two and Three. As to Counts Two and Three, the jury was not able to reach a unanimous verdict. The Court declared a mistrial as to Counts Two and Three. The Court scheduled a status conference for August 11, 2026 so that the Government could advise as to how it will proceed with

1

respect to Counts Two and Three. The Court held the reserved portion of the oral motion for judgment of acquittal in abeyance pending the status conference.

2.     At this time, Mr. Robinson respectfully requests a two-week extension of the deadline within which to file other post-trial motions under Rules 29 and 33. The deadline for filing those motions would ordinarily be today. Mr. Robinson continues to research whether to file any post-trial Rule 29 motion (separate and apart from the reserved portion of the oral motion, which is currently held in abeyance and which Mr. Robinson respectfully requests that the Court continue to hold in abeyance pending the status conference). Counsel also continues to research whether to file a motion for new trial under Rule 33. Lead counsel for Mr. Robinson has been traveling out of state this week. Additionally, counsel has been preparing for an upcoming jury trial in a case in the United States District Court for the District of Maryland. Once counsel returns from leave, counsel intends to order trial transcripts and continue to research and investigate whether to file post-trial motions under Rule 29 and 33.

3.     Counsel apologizes for the timing of this filing. Given that this Motion is being filed late in the day on the day of the deadline for post-trial motions under Rules 29 and 33, to the extent the Court is unable to rule on this Motion by the end of the day, counsel respectfully requests that the Court accept this filing as a

2

combined post-trial motion under Rule 29 and Rule 33 that counsel will either supplement or withdraw on the basis of further research.

4.    The undersigned contacted counsel for the Government regarding the requested extension but has not yet received a response.

5.    For these reasons, Mr. Robinson respectfully requests that this Honorable Court extend by two weeks the deadline within which to file post-trial motions under Rule 29 and Rule 33 and that the Court continue to hold the reserved portion of the oral motion for judgment of acquittal in abeyance pending the status conference set for August 11, 2026.

Respectfully submitted,

/s/

_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2026, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____
Michael E. Lawlor

3